NELSON P. COHEN
United States Attorney

RETTA RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  03:07-cr- |
| | ) | |
| Plaintiff, | ) | <u>COUNT 1</u>: |
| | ) | |
| vs. | ) | FALSE ENTRIES IN UNION |
| | ) | RECORDS |
| KATHY SCHUROSKY, | ) | Vio.  29 U.S.C. § 439(c) |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

GENERAL ALLEGATIONS

1.    The United Brotherhood of Carpenters and Joiners "UBCJ", Local Unit "LU"

2520, is a labor organization as defined in Section 3(i) and (j) of the Labor-Management

Reporting and Disclosure Act, Title 29 U.S.C. § 431.

2.     Between April 2002 through on or about January 2006, the defendant, KATHY

SCHUROSKY, was the administrative assistant to UBCJ LU 2520.

<u>COUNT 1</u>

3.     Between on or about June 24, 2004 through on or about August 8, 2004, the

defendant, KATHY SCHUROSKY, while employed by the United Brotherhood of

Carpenters and Joiners in Anchorage, Alaska within the District of Alaska, as an

administrative assistant, did willfully make false entries into UBCJ LU 2520 financial

records required to be kept pursuant to      Title 29 U.S.C. § 436 to conceal the

unauthorized disbursement and conversion of moneys and funds of said labor

organization, in violation of Title 29 U.S.C. § 439(c).

     Respectfully submitted this 23rd day of January 2007.


                         NELSON P. COHEN
                         United States Attorney


                         <u>/s Retta Rae Randall</u>
                         RETTA RAE RANDALL
                         United States Attorney


2